**FILED**

May 26, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **PARUS HOLDINGS, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **1:25-CV-1722-ADA-DH** |
| | § | |
| **MINTZ, LEVIN, COHN, FERRIS,** | § | |
| **GLOVSKY AND POPEO, P.C.,** | § | |
| **MICHAEL T. RENAUD, MICHAEL J.** | § | |
| **MCNAMARA,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 34. Judge Howell recommends that this Court **GRANT** Defendants' Motion to Transfer (Dkt. 18) and direct the Clerk of the Court to transfer this case to the District of Massachusetts. *Id.* at 15. The report was filed on April 8, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 34) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Transfer (Dkt. 18) is hereby **GRANTED.** The clerk of the Court is directed to **TRANSFER** this case to the District of Massachusetts.

**SIGNED** this 26th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE